# IN THE UNITED STATES DISTRICT COURT
## FOR THE _Western_ DISTRICT OF TEXAS
_Pecos_ DIVISION

Form To Be Used By A Prisoner In Filing a Complaint
Under the Civil Rights Act, 42 U.S.C. § 1983

**FILED**

FEB 0 5 2014

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY

_Darrell Roberts 1273988_
Plaintiff's name and ID Number

_L.H. Unit  Ft.Stockton,TX. Pecos Co._
Place of Confinement

CASE NO: _P-14-CV-12_
(Clerk will assign the number)

v.

_Whitfield    Head Warden_
Defendant's name and address

_Bowers         Asist Warden_
Defendant's name and address

_Lujan & McQuary  Bldg. Cpt._   _Head of Security_
Defendant's name and address
(DO NOT USE "ET AL.")

_____

## INSTRUCTIONS - READ CAREFULLY

**NOTICE:**

**Your complaint is subject to dismissal unless it conforms to these instructions and this form.**

1.  To start an action you must file an original and one copy of your complaint with the court. You should keep a copy of the complaint for your own records.

2.  Your complaint must be <u>legibly</u> handwritten in ink, or typewritten. You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACK SIDE OF ANY PAGE**. ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3.  You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure. Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4.  When these forms are completed, mail the original and one copy to the Clerk of the United States Court for the appropriate District of Texas in the Division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. The list labeled as "VENUE LIST" is posted in your unit law library. It is a list of Texas prison units indicating the appropriate District Court, the Division and an address of the Divisional Clerks.

## FILING FEE AND IN FORMA PAUPERIS

1. In order for your complaint to be filed, it must be accompanied by the filing fee of **$350.00**.

2. If you do not have the necessary funds to pay the filing fee in full at this time, you may request permission to proceed *in forma pauperis*. In this event you must complete the application to proceed *in forma pauperis* (IFP), setting forth the information to establish your inability to prepay the fees and costs and give security therefore. You must also include a six (6) month history of your Inmate Trust Account. You can acquire the application to proceed IFP and appropriate Inmate Account Certificate from the law library at your prison unit.

3. 28 U.S.C. 1915, as amended by the Prison Litigation Reform Act of 1995 (PLRA), provides, "...if a prisoner brings a civil action or files and appeal *in forma pauperis*, the prisoner shall be required to pay the full amount of a filing fee." Thus, the Court is required to assess and, when funds exist, collect, the entire filing fee or an initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner. If you submit the application to proceed *in forma pauperis*, the Court will apply 28 U.S.C. 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from your Inmate Account, until the entire **$350** filing fee has been paid.

4. If you intend to seek *in forma pauperis* status, then do not send your complaint without an Application to Proceed IFP, and the Certificate of Inmate Trust Account. Complete all the essential paperwork before submitting it to the Court.

## CHANGE OF ADDRESS

It is your responsibility to inform the Court of any change of address and its effective date. Such notice should be marked **"NOTICE TO THE COURT OF CHANGE OF ADDRESS"** and shall not include any motions(s) for any other relief. Failure to file a NOTICE TO THE COURT OF CHANGE OF ADDRESS may result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedures.

## I. PREVIOUS LAWSUITS:

A. Have you filed any other lawsuits in the state or federal court relating to imprisonment?      _✓_ YES  _____ NO

B. If your answer to "A" is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)

1. Approximate date of filing lawsuit: _06 - 05 - 08_

2. Parties to previous lawsuit:
   Plaintiff(s): _Darrell Roberts_

   Defendant(s): _Madrano, Chavez, Butterworth_

3. Court (If federal, name the district; if state, name the county) _Western_

4. Docket Number: _EP - 08 - CV - 0237 - FM_

5. Name of judge to whom case was assigned: _Norbert Garney_

6. Disposition: (Was the case dismissed, appealed, still pending?)
   _dismissed_

7. Approximate date of disposition: _06 - 05 - 08_

II. **PLACE OF PRESENT CONFINEMENT:** L.H. Unit 1098 S. Hwy 2037 Ft Stockton, T. Pecos, Co.    79735

III. **EXHAUSTION OF GRIEVANCE PROCEDURES:**

Have you exhausted both steps of the grievance procedure in this institution? ✓ YES ___ NO

Attach a copy of the Step 2 grievance with the response supplied by the prison system.

IV. **PARTIES TO THE SUIT:**

A. Name of address of plaintiff: Darrell Roberts 1773928
1098 S Hwy 2037 Ft Stockton Tx 79735

B. Full name of each defendant, his official position, his place of employment, and his full mailing address.

Defendant #1: Warden Whitfield of L'Unit Prison
1098 S Hwy. 2037 Ft. Stockton, TX. 79735

Briefly describe the act(s) or omission(s) of this defendant, which you claimed harmed you.
Allows Warden Bowers and Major Lujan to endanger inmate lives

Defendant #2: Asist Warden Bowers of LH. Unit Prison
1098 S Hwy 2032 Ft. Stockton, TX. 79735

Briefly describe the act(s) or omission(s) of this defendant, which you claimed harmed you.
Allows Major to retaliates and put us in harms way

Defendant #3: Major Lujan Head of Security LH. Unit Prison
1098 S Hwy 2032 Ft. Stockton Tx. 79735

Briefly describe the act(s) or omission(s) of this defendant, which you claimed harmed you.
Retaliates for using Grievave system to correct wrong.

Defendant #4: Cpt McQuary Bldg cpt. in charge of Inves.
1098 S. Hwy 2037 Ft. Stockton, Tx. 79735

Briefly describe the act(s) or omission(s) of this defendant, which you claimed harmed you.
Falsely states investigated and corrected wrongs.

Defendant #5: Head of Grievance Dept.
1098 S Hwy 2037 Ft. Stockton, TX. 79735

Briefly describe the act(s) or omission(s) of this defendant, which you claimed harmed you.
Convienently loses grievences concerning above retaliatory matters and unfair practices.

## V. STATEMENT OF CLAIM:

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how each defendant is involved. You need not give any legal argument or cite any cases of statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember that the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

doesn't answer Emergency Panic buttons call for help allowing Rapes beatings death near deaths, which can be investigated and verified, to respect official passes instead of waiting for employees to call for us for all unit activities. Do not let officers illegally sign for our passes we don't get and then receive disciplinary case for not going, Give us heat in the cold. Allow us to speak with ACA inspectors instead of locking us down. Correct Misconduct instead of influence it. Don't teach officers to treat us bad but to follow TDCJ rule & regs and Ethics policy.

## VI. RELIEF: State briefly exactly what you want the court to do for you. Make no legal arguments. Cite not cases or statutes.

Be Allowed to file life endangerment if our life is endangered which I was refused. Have Panic buttons Answered & Fed. Authorit(ies) take

## VII. GENERAL BACKGROUND INFORMATION: over operation of this Unit.

A. State, in complete form, all names you have ever used or been known by including any and all aliases:

Darrell Roberts

B. List all TDCJ-ID identification numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you, if know to you.

1273938

## VIII. SANCTIONS:

A. Have you been sanctioned by any court as a result of any lawsuit you have filed? ____ YES  ✓ NO

B. If your answer is "yes", give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)

1. Court that imposed sanctions (If federal, give district and division): _____

2. Case Number: _____

3. Approximate date sanctions were imposed: _____

4. Have the sanctions been lifted or otherwise satisfied? _____ YES _____ NO

C. Has any court ever warned or notified you that sanctions could be imposed? ____ YES ✓ NO

D. If your answer is "yes", give the following information for every lawsuit in which warning was imposed. (If more than one, use another piece of paper and answer the same questions.)

    1. Court that imposed warning (if federal, give the district and division): _____

    2. Case number: _____

    3. Approximate date warning were imposed: _____

Executed on: *8* 2-17-14
     (Date)

Darrell Roberts 1273528
     (Printed Name)

     (Signature of Plaintiff)

## PLAINTIFF'S DECLARATIONS

1. I declare under penalty of perjury all facts presented in this complaint and attachment thereto are true and correct.

2. I understand if I am released or transferred, it is my responsibility to keep the Court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.

3. I understand that I must exhaust all available administrative remedies prior to filing this lawsuit.

4. I understand I am prohibited from bringing an *in forma pauperis* lawsuit if I have brought three or more civil actions in a Court of the United States while incarcerated or detained in any facility, which lawsuits are dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger or serious physical injury.

5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire **$350** filing fee and costs assessed by the Court, which shall be deducted in accordance with the law from the inmate account by my custodian until the filing fee is paid.

Signed this ___17___ day of ___FEB___, 20 _14_.
     (Day)     (Month)     (Year)

Darrell Roberts 1273528
     (Printed Name)

     (Signature of Plaintiff)

**WARNING: The Plaintiff is hereby advised any false or deliberately misleading information provided in response to the following questions will result in the imposition of sanctions. The sanctions the Court may impose include, but are not limbed to monetary sanctions and/or the dismissal of this action with prejudice.**

ATC 1983 (Rev. 04/06)       Page 5 of 5

CSIMF150    T E X A S  D E P A R T M E N T  O F  C O R R E C T I O N S
              I N M A T E  T R U S T  F U N D  I N Q U I R Y
                    DATE:  01/09/14      TIME:  13:06:31

  TDC NUMBER 01273928                    NAME ROBERTS,DARRELL

  UNIT LH                                RECEIVE/DEPARTURE CDE RQ

  TF BEG BAL       0.00                  TF END BAL        0.00

  TF HOLD AMT      0.00                  TF STATUS MF

  TF POSTAGE OWED     37.80              INDIGENT DATE 02/13/13

  LAST TRANSACTION DATE 09/27/13         OLD TDC NUMBER

  MEDICAL COPAY OWED    187.50           PLRA OWED  1,015.00


        PLEASE ENTER YOUR NEXT REQUEST  _____
        OR                      SID NUM  _____



**Texas Department of Criminal Justice**

*Grieved*

# STEP 1

**OFFENDER GRIEVANCE FORM**

**OFFICE USE ONLY**

Grievance #: 2014 019050

Date Received: OCT 02 2013

Date Due: 11-11-2013

Grievance Code: 815

Investigator ID #: I1840

Extension Date:

Date Retd to Offender: OCT 2 5 2013

Offender Name: Darrell Roberts S TDCJ # 1373928

Unit: Lynaugh    Housing Assignment: K107 B

Unit where incident occurred: Lynaugh

---

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? I wrote I60's to cpt, major, warden, grievance When? Since April I have all dates

What was their response? None

What action was taken? None

State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate

I write this grievance against our STG and Safe persons advocates, whom I have asked on numerous occasions to file life endangerment and have gone completely ignored. I have seen people fraudly accused of pushing panic button when it was'nt them who pushed and in some cases almost giving cases of disciplinary because no investigation was done as to their emergency. #1 we could be getting raped # 2 we could be getting beating # 3 we could be near death like one guy not to long ago in L-wing. I'm continuously afraid for my life, because here in prison apart from the real world are real criminals and some carry razors blades and cut or stab for any reason or no reason and the victims are afraid to tell because of lack of protection while watching security guards participating and selling tobbacco or taking measely bribes. The people who are cut merely say they cut themselves and most of the time receive disciplinary cases. It was'nt this bad here before. This Unit practicely ran itself and was orderly. while it is true that most of these cuts happen and are not your fault what is your fault is your Retaliation practices scaring inmates into not complaining, making the Public think everything is honkey dorry at Lynaugh. TDCJ and society considered punishment and say its enough, just taking our freedom of playing w/your grandkids or hugging our wives in privat moments. etc. we dont get the items we are supposed to get in the chowhall, we dont get adequate medical care like before at no fault of our medical team. We dont get in the pill lane to get our meds like before and get refused medication and food sometimes because of some flunts power trip because he knows he can get away with it. we get cussed out by uneducated rank, and are told to stand still and take the abuse of power $Penal 39.02. No I am not a disgru-

I-127 Front (Revised 11-2010)    **YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM**    (OVER)

Appendix F

Hed innate whenever so one complains of these matters because of your retaliatory practices they stop complaining. Now go ahead and send your head hunters to rip apart my cell. This is a penological institution for punishment P.D. 22 rule # 23 says you are not supposed to mistreat us and rule 22b says you are not supposed to re talent, but, you will. You have actually managed to scare some decent people into not complaining. When once again you will say investigated like that's supposed to shut us up. And our Step # 2 will come back addressed at Unit Level because you really believe you are above the law. The law is watching your entire practices and you'll be in here soon.

**Action Requested to resolve your Complaint.** I wish to have these allegations thoroughly investigated.

**Offender Signature:** _(signature)_     **Date:** 10·21·13

**Grievance Response:** where you really belong, because you are the real crooks I need these steps for my court accusations against you all.

YOUR COMPLAINT HAS BEEN NOTED. INVESTIGATION REVEALED A LIFE ENDANGERMENT INVESTIGATION IS NOT WARRANTED FOR THIS ISSUE. NO FURTHER ACTION NEEDED.

This Grievance is not signed by Warden Whitfield. That is not his signature.

**Signature Authority:** _(signature)_ Glen H. Whitfield    **Date:** 10/25/13

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

**Returned because:**    *Resubmit this form when the corrections are made.

☐ 1. Grievable time period has expired.
☐ 2. Submission in excess of 1 every 7 days. *
☐ 3. Originals not submitted. *
☐ 4. Inappropriate/Excessive attachments. *
☐ 5. No documented attempt at informal resolution. *
☐ 6. No requested relief is stated. *
☐ 7. Malicious use of vulgar, indecent, or physically threatening language. *
☐ 8. The issue presented is not grievable.
☐ 9. Redundant, Refer to grievance # _____
☐ 10. Illegible/Incomprehensible. *
☐ 11. Inappropriate. *

**UGI Printed Name/Signature:** _____

Application of the screening criteria for this grievance is not expected to adversely Affect the offender's health.

**Medical Signature Authority:** _____

| OFFICE USE ONLY | |
|---|---|
| Initial Submission | UGI Initials: _____ |
| Grievance # | |
| Screening Criteria Used: | |
| Date Recd from Offender: | |
| Date Returned to Offender: | |
| **2nd Submission** | UGI Initials: _____ |
| Grievance #: | |
| Screening Criteria Used: | |
| Date Recd from Offender: | |
| Date Returned to Offender: | |
| **3rd Submission** | UGI Initials: _____ |
| Grievance #: | |
| Screening Criteria Used: | |
| Date Recd from Offender: | |
| Date Returned to Offender: | |

I-127 Back (Revised 11-2010)

Appendix F



K107B

**Texas Department of Criminal Justice**

# STEP 2

**OFFENDER GRIEVANCE FORM**

| OFFICE USE ONLY |
|---|
| Grievance #: 2014019050 |
| UGI Recd Date: NOV 0 1 2013 |
| HQ Recd Date: NOV 0 6 2013 |
| Date Due: 12-6 |
| Grievance Code: 815 |
| Investigator ID#: 742 |
| Extension Date: 1-10 |

Offender Name: Darrell Roberts Sr    TDCJ # D73928

Unit: LH    Housing Assignment: K107B

Unit where incident occurred: Lynaugh

---

*You must attach the completed Step 1 Grievance that has been signed by the Warden for your Step 2 appeal to be accepted. You may not appeal to Step 2 with a Step 1 that has been returned unprocessed.*

---

**Give reason for appeal (Be Specific).**    *I am dissatisfied with the response at Step 1 because...*

I'm doing a step (2) two hoping you can bring yourself to see things as I do. The reason I asked to file a life en dangerment is because a prefect example happen today of my same problem. A guy died on the recreation field - why? because. probably no one around who knew CPR. He didnt have to die if he would have got help in time and because our emergency call buttons in the cell are never answered I could have a seizure chock on my blood and die or break my neck. Do you have any idea what it is like to live with this fear. I've had serious acCassions when I've had to use call button and go to medical. I promised my daughter and her kids I wouldn't die here and one day I'd come home. Most of the time I've had to go get on the breathing machine because of COPD sometimes I feel like I'm being choked. If I bend over I fall on my head. If I try to go up steps I fall down. I do have the remnants of a broken neck it left quite a fracture that still bothers me. Look its not your fault but I spent (6) six years in the Army and I really abused this body being all I could be. Now, its paying me back. Look I promise I will leave you people alone if you only answer these emergency calls. Maybe you think so what he's in prison and think of us that were human trash. But, vengence doesn't belong to you. And yes some of these people have turned prison into their career.

They've been here before and keep coming back. Some of us just made a small druncker mistake an woke up here. You are not better better than us. And yes my life is in danger every day that goes by

I-128 Front (Revised 11-2010)    **YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM**    (OVER)

Appendix G

That they dont answer are our cry for help. Yes there are people who
sell their body. I am not one of them. whatever made you as sour
as you are. is unthinkable, but, yes we do depend on you and if you
dont help us and if the cts. wont help us how can we ever learn
from such a bad example to do right. All we want is what we deserve.

Offender Signature: _____    Date: 11·1·13

Grievance Response: And if the person who reviews this step two is going to say
handled at unit

An investigation has been conducted into your complaint. Your complaints against the
TDCJ security staff members are too vague to afford an inclusive investigation. You
failed to provide specific details in your grievance. In the future, you should provide as
many specific details as possible to allow a thorough investigation to be conducted, such
as the names of all officers that were involved or were witnesses, the time and date of
the alleged incident, and any other specifics that may be pertinent. Be advised that it is
imperative to contact a TDCJ ranking officer for immediate assistance, if you feel that
you are being subjected to a clear and present danger. In the absence of evidence to
support your claim, action from this office is not warranted.

Signature Authority:    **B. PARKER**    Date: 12/19/13

Returned because:    *Resubmit this form when corrections are made.

☐ 1. Grievable time period has expired.

☐ 2. Illegible/Incomprehensible.*

☐ 3. Originals not submitted. *

☐ 4. Inappropriate/Excessive attachments.*

☐ 5. Malicious use of vulgar, indecent, or physically threatening language.

☐ 6. Inappropriate.*

CGO Staff Signature: _____

OFFICE USE ONLY

Initial Submission          CGO Initials: _____

Date UGI Recd: _____

Date CGO Recd: _____

(check one) ____ Screened ____ Improperly Submitted

Comments: _____

Date Returned to Offender: _____

2nd Submission          CGO Initials: _____

Date UGI Recd: _____

Date CGO Recd: _____

(check one) ____ Screened ____ Improperly Submitted

Comments: _____

Date Returned to Offender: _____

3rd Submission          CGO Initials: _____

Date UGI Recd: _____

Date CGO Recd: _____

(check one) ____ Screened ____ Improperly Submitted

Comments: _____

Date Returned to Offender: _____

TEXAS DEPARTMENT OF CRIMINAL JUSTICE — INSTITUTIONAL DIVISION

# INMATE REQUEST TO OFFICIAL

REASON FOR REQUEST: (Please check one)

**PLEASE ABIDE BY THE FOLLOWING CHANNELS OF COMMUNICATION. THIS WILL SAVE TIME, GET YOUR REQUEST TO THE PROPER PERSON, AND GET AN ANSWER TO YOU MORE QUICKLY.**

1. ☐ Unit Assignment, Transfer (Chairman of Classification, Administration Building)

2. ☐ Restoration of Lost overtime (Unit Warden-if approved; it will be forwarded to the State Disciplinary Committee)

3. ☐ Request for Promotion in Class or to Trusty Class (Unit Warden- if approved, will be forwarded to the Director of Classification).

4. ☐ Clemency-Pardon, parole, early out-mandatory supervision (Board of Pardons and Paroles, 8610 Shoal Creek Blvd. Austin, Texas 78757)

5. ☐ Visiting List (Asst. Director of classification, Administration Building)

6. ☐ Parole requirements and related information (Unit Parole Counselor)

7. ☐ Inmate Prison Record (Request for copy of record, information on parole eligibility, discharge date, detainers-Unit Administration)

8. ☐ Personal Interview with a representative of an outside agency (Treatment Division, Administration Building)

TO: Major Wian

(Name and title of official)

DATE: 2-17-14

1-7-14

ADDRESS: Cy Naugh Unit 695 S. Hwy 2037 Ft Stockton TX. 77735

Jcdnek Oriq

**SUBJECT:** *State briefly the problem on which you desire assistance.*

I guess you are wondering why you getting a copy. Cause I'm sending a copy to the court. You heard about these Etas. Since I moved out of K107 the A.D.W. there is happy because the house never gets torn apart. From your retaliation my new house gets torn apart and can be proved. I'm getting Affidavits from these people. You are committing a crime by nearly establishing law.

18 U.S.C.A. § 1961 sec. 1513 retaliation of a witness.

Name: __Darrell Roberts__    No: __1273928__    Unit: __LH__

Living Quarters: __K101 B__    Work Assignment: __P5 Med 3rd.__

**DISPOSITION:** (Inmate will not write in this space)

☆A50 (Rev. 11-90)

# Texas Department of Criminal Justice

**STEP 1**

## OFFENDER GRIEVANCE FORM

**OFFICE USE ONLY**

Grievance #: 2014030584

Date Received: OCT 31 2013

Date Due: 11-30-13

Grievance Code: 512

Investigator ID #: 2144

Extension Date: _____

Date Retd to Offender: _____

Offender Name: _Darrell Roberts Sr._ TDCJ # _1223928_

Unit: _Lynaugh_  Housing Assignment: _K107B_

Unit where incident occurred: _Lynaugh_

---

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? _Mrs. Collins/Property spvs._ When? _10-18-13 10 am_

What was their response? _See Lt. Dennett because she never received confiscated items_

What action was taken? _None_

---

State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate

_Rules of Disciplinary procedure say I have 15 days from the day I became aware of a situation. And that I may grieve every day if need be to report harm from staff. Well Lt. Dennett caused me irreverseable harm when on the 10-4-13 he took 21 photos from my legal papers there is nowhere in TDCJ manual that says we can't carry our pictures in legal envelope. On Pg. 93 of TDCJ orientation handbook in sec. 11 (B) (3) it say when we have a legal paper in Day room they may be searched for weapons or drugs. And legal paper coming from or going to law library may only be searched for written contraband if there is reasonable suspicion that that written contraband is included with legal papers and this must be documented in writing prior to search using the I-185 "Notice of confiscation of written contraband," and I-186 Authorization to search legal material for written contraband, forms and performed in accordance with the Procedures contained within the access to courts policy manual. Lt. Dennett did not have a special right to search my legal papers outside the Chow hall while I was waiting to go in to eat. He had neither the I-185 or I-186 and therefore was deprived a right to search me. His actions were not within TDCJ's Policy and Lynaugh orientation package says no different and there has never been a posted IOP on our bulletin board. If there has been some kind of change in Policy we need notice and need to see it_

---

I-127 Front (Revised 11-2010)    **YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM**    (OVER)



Appendix F

I am formerly complaining of unethical conduct as part of the Racketeering scheme here at this unit. Where staff has decided to do as they please, with the higher staff backing their unethical misconduct, and then telling us staff denies allegations and not bringing these wrong doers to justice. letting them do as they please and not excepting us as live humans worthy of any type of respect while demanding they expect respect from us. Mrs. Collins in Property said these confiscated photo were never turned in to her and I have the confiscation paper. I got these photos from a guard that did a cell search and threw them away.

**Action Requested to resolve your Complaint.** I would like to have all the pictures returned to me. Or keep the ones I found if you must.

**Offender Signature:** _Daniel Fett_ **Date:** 10-18-13

**Grievance Response:**

YOUR COMPLAINT HAS BEEN NOTED. INVESTIGATION REVEALED THAT PICTURES WERE CONFISCATED DUE TO THEM BEING IN YOUR LEGAL MATERIALS. PICTURES WILL NOT BE RETURNED. NO FURTHER ACTION NEEDED.

Where is the rule?

**Signature Authority:** R. BOWERS WARDEN **Date:** 11-26-13

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

**Returned because:** *Resubmit this form when the corrections are made.

- [ ] 1. Grievable time period has expired.
- [ ] 2. Submission in excess of 1 every 7 days. *
- [ ] 3. Originals not submitted. *
- [ ] 4. Inappropriate/Excessive attachments. *
- [ ] 5. No documented attempt at informal resolution. *
- [ ] 6. No requested relief is stated. *
- [ ] 7. Malicious use of vulgar, indecent, or physically threatening language. *
- [ ] 8. The issue presented is not grievable.
- [ ] 9. Redundant. Refer to grievance #_____
- [ ] 10. Illegible/Incomprehensible. *
- [ ] 11. Inappropriate. *

**UGI Printed Name/Signature:** _____

Application of the screening criteria for this grievance is not expected to adversely Affect the offender's health.

**Medical Signature Authority:** _____

I-127 Back (Revised 11-2010)

**OFFICE USE ONLY**

Initial Submission _____ UGI Initials: _____

Grievance #: _____

Screening Criteria Used: _____

Date Recd from Offender: _____

Date Returned to Offender: _____

**2nd Submission** _____ UGI Initials: _____

Grievance #: _____

Screening Criteria Used: _____

Date Recd from Offender: _____

Date Returned to Offender: _____

**3rd Submission** _____ UGI Initials: _____

Grievance #: _____

Screening Criteria Used: _____

Date Recd from Offender: _____

Date Returned to Offender: _____

Appendix F



**Texas Department of Criminal Justice**

# STEP 2

**OFFENDER GRIEVANCE FORM**

OFFICE USE ONLY

Grievance #: 2014030584

UGI Recd Date: DEC 0 4 2013

HQ Recd Date: DEC 1 0 2013

Date Due: 1-6-14

Grievance Code: 512

Investigator ID#: 10609

Extension Date:

Offender Name: Darrell Roberts    TDCJ # 1273928

Unit: Lynaugh    Housing Assignment: K401 B

Unit where incident occurred: Lynaugh

---

You must attach the completed Step 1 Grievance that has been signed by the Warden for your Step 2 appeal to be accepted. You may not appeal to Step 2 with a Step 1 that has been returned unprocessed.

**Give reason for appeal (Be Specific.**    I am dissatisfied with the response at Step 1 because...

I wrote a step # 1 grievance after I did an I-60 and got a dis satisfieing ug Answer # 2014030584 As you CAN see the Lt in question violated a clearly established TDCJ rule that is in inmate orientation booklet. What good is that booklet if the rules are not going to be adhered to by staff. Staff at lynaugh Unit enforce there own rules and TDCJ rules go right out the window. There fore blatantly disproving TDCJ rules and regs. Warden Bowers gives permission to violate TDCJ rules not Respecting his Govt. Job in violation of 18 U.S.C.A. § 371. And even though this inmate trys to help him by queted him the law. So hopefully instead of violating it, he would learn to respect and enforce it. But never the less he doesn't and help others to violate it 18 U.S. CA. §2 aiding and abetting. He is a worst criminal than the criminals he is entrusted with. He's teaching us how to legally violate the law. All we have to do is get a Govt. Job and abuse it as § 371. According to TX. theft liability law § 134. 001 et. seq. he right out participated in a theft against my property 18 U.S. CA § 2 (b) and enforcing the same on others. I thought he learned after being implicated in the theft of an inmates ring. His own emplayee implicated him. Why? because of his dishonest ways, what you do catch's up to you. Case law has no room in his life, yet CO's live by it. United States codes have no room in his life. I'm indigent and recieve money maybe every three or four years and he steals from me he will steal from you too. You will go along with him because that is what you all do. Its okay. I know I'm wasting my time trying to make sense to you. You will keep my Pos

ny way. This letter is accomplishing its purpose. Once again this is a fair warning 18 U.S.C.A. §242 Penal code §39.04 don't forget TX theft liability. Just go ahead and tell me handled at unit level. When the Judge see this grievance he will see what I say is true. I've been continually retaliated against. Someone is holding back me and my daughters mail from each others. But thats okay.                     daughters

**Offender Signature:** _____     **Date:** 11-29-13

**Grievance Response:**

The property in question was not stolen, but given to me by a TDCJ officer. So, I was whe.

An investigation has been conducted into your complaint. Records indicate that the photos in question had another offenders name and number on them and they were improperly stored. You will not receive property back that does not belong to you. The contraband was confiscated per policy. No further action warranted by this office.

If your Honor will look very closely, the answers to simply and refute clearly disturbance TDCJ policy. She same of the evidence had my name & number, but they took them and don't want to reimburse me. I do believe this steps were/see me

**Signature Authority:** _____B. PARKER_____     **Date:** 12/18/13

**Returned because:**     *Resubmit this form when corrections are made.*

- [ ] 1. Grievable time period has expired.
- [ ] 2. Illegible/Incomprehensible.*
- [ ] 3. Originals not submitted. *
- [ ] 4. Inappropriate/Excessive attachments.*
- [ ] 5. Malicious use of vulgar, indecent, or physically threatening language.
- [ ] 6. Inappropriate.*

**CGO Staff Signature:** _____

| OFFICE USE ONLY | |
|---|---|
| **Initial Submission** | **CGO Initials:** _____ |
| Date UGI Recd: _____ | |
| Date CGO Recd: _____ | |
| (check one) ____ Screened ____ Improperly Submitted | |
| Comments: _____ | |
| Date Returned to Offender: _____ | |
| **2nd Submission** | **CGO Initials:** _____ |
| Date UGI Recd: _____ | |
| Date CGO Recd: _____ | |
| (check one) ____ Screened ____ Improperly Submitted | |
| Comments: _____ | |
| Date Returned to Offender: _____ | |
| **3rd Submission** | **CGO Initials:** _____ |
| Date UGI Recd: _____ | |
| Date CGO Recd: _____ | |
| (check one) ____ Screened ____ Improperly Submitted | |
| Comments: _____ | |
| Date Returned to Offender: _____ | |

I-128 Back (Revised 11-2010)                     Appendix G



**Texas Department of Criminal Justice**

*Send to ct.   Law suit*

# STEP 1    OFFENDER
GRIEVANCE FORM

**OFFICE USE ONLY**

Grievance #: 2013194912

Date Received: 8-5-13

Date Due: 9-14-13

Grievance Code: 815

Investigator ID #: I 1840

Extension Date: _____

Date Retd to Offender: 8-27-13

Offender Name: Darrell Roberts Sr   TDCJ # 1273928

Unit: Lynaugh   Housing Assignment: K 107 B

Unit where incident occurred: Lynaugh

---

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? Cpt. McQuery Sgt Biesie Co Jenkins When? July 2013

What was their response? They are waiting on part

What action was taken? They just come several times and verified my kitten well. Just nothing

---

State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate

My complaint is against major Lujan because he is head of security & warden Roger Bowers because he said Major could do as he pleases. I'm accusing them of having an ongoing conspiracy, which Qualified immunity does not Qualify the for they are not only in violation of Penal Code §39.02, they are in violation of 18 U.S.C. §371 to violate 18 U.S.C. §§ 241 & 242 an ongoing conspiracy by putting our lives in danger. In US v. Lanier 117 S.ct. 1219 it state "To satisfy fair warning requirement" or prosecute under statue that make it Criminal to act wilfully and under color of State law to deprive a person of rights (med. care) protected by the constitution of the U.S. It is not only necessary that right has previously been identified by Sct. decision, and has been to apply in factual situations "fundamentally similar" to the one at bar rather all that be said about Criminal liability under the statue is that all if any may be imposed for deprivation of Constitutional right, if, but only if, in light of pre-existing law, unlawfullness under constitution is (present) apparent 18 U.S.S. §242 instruction provided that one may be in but, without full knowledge of all details of alleged unlawful scheme, so that if defendant with understanding of unlawfull scheme or character plan knowing joined in unlawful scheme on one occasion that is sufficient to convict him of conspiracy where proper 18 U.S.C.A. §§ 241, 242 instructions provided that which Qualified immunity doesn't cover, not when it comes to deprivation of rights being deprived rights to (med. care) or food. Doctrine of Qualified immunity in civil sphere and "Fair warning requirement" in Criminal context both serve same objective and in eff. Qualified immunity is simply adaptation of "fair warning requirement" to give Civil

---

I-127 Front (Revised 11-2010)      **YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM**      (OVER)

Appendix F

They tried to scratch out it....

officials and *officers Dicky + Dickey ion investigations, under consequences a rea
sonable official would understand that what he is doing violates a right 42
U.S.C. §1983 I'm making a serious accusation of an ongoing conspiracy which
others have joined in button calls are simply not being answered. None of our
are being investigated It is very easy to go to med ion custody now. Others can
illegally sign our names some can destroy our property. Some can curse at us. Why
give us a book to follow. All we want is for you to follow book also. Not change rules
daily for your convenience.

**Action Requested to resolve your Complaint.**

I wish to be retaliated against so I can again get one of your officers to testify to
the retaliation.

Offender Signature: _____ Joel Rodes _____     Date: _____ 8.5.13 _____

**Grievance Response:**

Your complaint has been noted. Investigation revealed there
is insufficient evidence to support your allegations against
Major Lujan. ALL ALLEGATIONS ARE INVESTIGATED PER POLICY.
NO FURTHER ACTION NEEDED.

Signature Authority: _____ /S/ Roger Bowers _____     Date: 8·26·13

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (1-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response.
State the reason for appeal on the Step 2 Form.

**Returned because:**     *Resubmit this form when the corrections are made.

☐ 1. Grievable time period has expired.

☐ 2. Submission in excess of 1 every 7 days. *

☐ 3. Originals not submitted. *

☐ 4. Inappropriate/Excessive attachments. *

☐ 5. No documented attempt at informal resolution. *

☐ 6. No requested relief is stated. *

☐ 7. Malicious use of vulgar, indecent, or physically threatening language. *

☐ 8. The issue presented is not grievable.

☐ 9. Redundant. Refer to grievance # _____

☐ 10. Illegible/Incomprehensible. *

☐ 11. Inappropriate. *

**UGI Printed Name/Signature:** _____

**Application of the screening criteria for this grievance is not expected to adversely Affect the offender's health.**

**Medical Signature Authority:** _____

| OFFICE USE ONLY | |
| --- | --- |
| **Initial Submission** | **UGI Initials:** _____ |
| Grievance #: | _____ |
| Screening Criteria Used: | _____ |
| Date Rec'd from Offender: | _____ |
| Date Returned to Offender: | _____ |
| **2nd Submission** | **UGI Initials:** _____ |
| Grievance #: | _____ |
| Screening Criteria Used: | _____ |
| Date Rec'd from Offender: | _____ |
| Date Returned to Offender: | _____ |
| **3rd Submission** | **UGI Initials:** _____ |
| Grievance #: | _____ |
| Screening Criteria Used: | _____ |
| Date Rec'd from Offender: | _____ |
| Date Returned to Offender: | _____ |

I-127 Back (Revised 11-2010)

Appendix F



**Texas Department of Criminal Justice**

# STEP 2

**OFFENDER GRIEVANCE FORM**

Offender Name: Darrell Roberts    TDCJ # 1223928

Unit: LH    Housing Assignment: 5107B

Unit where incident occurred: Lynaugh

**OFFICE USE ONLY**

Grievance #: ~~2013~~ 2013194912

UGI Recd Date: 9-5-13

HQ Recd Date: 9-12-

Date Due: 10-10

Grievance Code: 815

Investigator ID#: 1722

Extension Date: 11-14

*You must attach the completed Step 1 Grievance that has been signed by the Warden for your Step 2 appeal to be accepted. You may not appeal to Step 2 with a Step 1 that has been returned unprocessed.*

Give reason for appeal (Be Specific).    *I am dissatisfied with the response at Step 1 because...*

As you can note, I've talked with several different people concerning my emergency call button for emergency med. treatment to prevent my death, because with these illness's I'm always afraid for my life, and more afraid, and more afraid when I can get no emergency care. My button has been verified as working by several dift. maintance worker, Lt. Blackshere and warden Bowers, but they all have to radio Pickett and say who they are before they get a response. The Pickett always says yes the button call works they just never answer it for me. I made some pretty strong accusations saying I believe they're all involved in an ongoing and knowing conspiracy in violation of 18 U.S.C.§ 241, 242 also violating Penal Cal. §39.02 and §39.04 That put them also in violation of the Rico Act 18 U.S.C. § 1961. I quote law to these people they ignore it You know why? they believe they are above the law. They make new daily policys without us knowing they are using this prison as their own little torture chamber We are aware this is a penological institution, and we are supposed to be punished here. But, not tortured by violating our 14th 1st, 5th rights/Amendments to the constitution The prison heads are setting a bad example. Our grievance system doesn't work. Thats why there will be alot more law suits, most people get scared and just leave matters alone. If we have to obey Govt. rules, Prison rules & regs, Then why? is it our leaders are not setting example. All the penal and U.S.C.A's that I mention supercede your Qualified immunity, because according to 18 U.S.C.§ 242 All I have to do is give you a "fair warning" of charges being filed. I've done that and more. I've tried handling

I-128 Front (Revised 11-2010)    **YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM**    (OVER)

Appendix G

these problems at unit Level. If they're fixing matters behind my back, they should tell me. But, they are not fixing problems behind my back. They are the problem.

---

Offender Signature: _Dal Rob_        Date: _8·28·13_

---

**Grievance Response:**

Your complaint has been noted and was appropriately addressed at unit Level (Step one). Your issue regarding cell call buttons has been addressed in grievance number 2013165640. Your grievances are processed and investigated according to policy. No further actions warranted.

               P. Chapa Asist Reg IV Dir

~~Your Honor I swear on my mothers grave that the answer at Step 1 and Step 2 where both as if they were made by the same person. They are the same person~~

Signature Authority: _/S/ P Chapa_        Date: _10·11·13_

---

**Returned because:**   *Resubmit this form when corrections are made.*

☐ 1. **Grievable time period has expired.**

☐ 2. **Illegible/Incomprehensible.***

☐ 3. **Originals not submitted. ***

☐ 4. **Inappropriate/Excessive attachments.***

☐ 5. **Malicious use of vulgar, indecent, or physically threatening language.**

☐ 6. **Inappropriate.***

CGO Staff Signature: _____

**OFFICE USE ONLY**

**Initial Submission**      CGO Initials: _____

Date UGI Recd: _____

Date CGO Recd: _____

   (check one) ____ Screened   ____ Improperly Submitted

Comments: _____

Date Returned to Offender: _____

**2ⁿᵈ Submission**      CGO Initials: _____

Date UGI Recd: _____

Date CGO Recd: _____

   (check one) ____ Screened   ____ Improperly Submitted

Comments: _____

Date Returned to Offender: _____

**3ʳᵈ Submission**      CGO Initials: _____

Date UGI Recd: _____

Date CGO Recd: _____

   (check one) ____ Screened   ____ Improperly Submitted

Comments: _____

Date Returned to Offender: _____

---

**I-128 Back** (Revised 11-2010)            **Appendix G**



LEGAL

LEGAL

Clerk of Court
Karin J. White
410 S. Cedar St.
Pecos, TX. 79772

Trust Card / #

LYNAUGH UNIT
1098 S. HWY. 2037
FT. STOCKTON, TX 79735

SCREENED BY CSO
FEB 5 2014

Darryl Roberts
1810470

LEGAL

LEGAL

Privileged  Inmate  Mail
No Reviewed At Texas
Department of Criminal
Justice  Institutional
Division